McGary Estate.

Argued October 1, 1946.  Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

234

240

*Raymond D. Evans,* with him *George W. Keitel,* Deputy Attorney General, and *James H. Duff,* Attorney General, for appellant.

*T. F. Ryan,* with him *Joseph H. Bialas, Tice F. Ryan, Jr.,* and *Bialas & Ryan,* for appellee.

PER CURIAM, November 8, 1946:

The decree of the Orphans' Court is affirmed on the able opinion of Judge TENER. Costs to be paid by appellant.